1  Alison Berry Wilkinson (SBN 135890)
   **RAINS, LUCIA & WILKINSON LLP**
2  2300 Contra Costa Blvd., Suite 230
3  Pleasant Hill, CA 94523
   Tel: (925) 609-1699
4  Fax: (925) 609-1690

5  Attorneys for Petitioner
6  JOE CHARVEZ

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 | JOE CHARVEZ                         ) Case Number: 06-cv-06126-PVT
   |                                     )
11 |         Plaintiff,                  ) STIPULATION TO EXTEND TIME TO
   |                                     ) MEET AND CONFER, FILE CASE
12 | v.                                  ) MANAGEMENT STATEMENT, AND
   |                                     ) INITIAL CASE MANAGEMENT
13 | COUNTY OF SANTA CLARA               ) CONFERENCE; AND ORDER THEREON
14 |                                     )
   |         Defendant.                  )
15 |                                     )
16 |                                     )
17 |                                     )
18 |_____)

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                    1
STIPULATION TO EXTEND TIME TO MEET AND CONFER, FILE CASE MANAGEMENT
       STATEMENT, AND INITIAL CASE MANAGEMENT CONFERENCE

1     The parties hereby stipulate that the last day to meet and confer regarding initial
2 disclosures shall be extended from December 19, 2006, to January 19, 2007. The parties
3 further stipulate that the last day to complete initial disclosures and file case management
4 statement shall be extended from January 2, 2007, to February 2, 2007. The parties also
5 stipulate that the initial case management conference shall be moved from Tuesday, January 19,
6 2007, to Tuesday, February 20, 2007, at 2:00 p.m. in Courtroom 4. The defendant shall still be
7 required to file its answer to the complaint on January 8th, 2007.

8

9

10 Dated: December 15, 2006                                     _____
11                                                                          Alison Berry Wilkinson
                                                                          Attorney for Plaintiff Joe Charvez
12

13 Dated: 15 December 2007                                     _____
                                                                          Marcy Berkman
14                                                                           Attorney for Defendant
                                                                          County of Santa Clara
15

16 IT IS SO ORDERED.

17

18 Dated: 1/2/07                                                   _____
                                                                          Hon. Patricia V. Trumbull
19                                                                           UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO MEET AND CONFER, FILE CASE MANAGEMENT
STATEMENT, AND INITIAL CASE MANAGEMENT CONFERENCE