Alison Berry Wilkinson (SBN 135890)
RAINS, LUCIA & WILKINSON LLP
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

Attorneys for Petitioner
JOE CHARVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/21/07*

| | |
|---|---|
| JOE CHARVEZ, <br><br>　　　　Plaintiff, <br><br>v. <br><br>COUNTY OF SANTA CLARA <br><br>　　　　Defendant. | Case Number: 06-cv-06126-RMW <br><br> STIPULATION TO EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT AND INITIAL CASE MANAGEMENT CONFERENCE <br> **AND ORDER** |

WHEREAS on January 19, 2006 by Order of this Court reassigned the above-referenced matter was reassigned to Judge Ronald M. Whyte and rescheduled the pending Case Management Conference for February 23, 2007;

WHEREAS counsel for Plaintiff has a conflicting court appearance scheduled on February 23, 2007 in a matter currently pending before the Honorable Samuel Conti of the United States District Court located in San Francisco;

THE PARTIES HEREBY STIPULATE that the case management conference shall be moved from Friday, February 23, 2007, to Friday, March 2, 2007, at 10:30 a.m. in Courtroom 6.

///

1  The parties further stipulate that the last day to file the case management statement shall
2  be extended from February 16, 2007 to February 23, 2007.
3  IT IS SO STIPULATED.

4
5  Dated: 1/29/07

                         Alison Berry Wilkinson
6                           Attorney for Plaintiff Joe Charvez

7
8  Dated: Jan 25 2007

                         Marcy Berkman
9                           Attorney for Defendant
                         County of Santa Clara
10
11  IT IS SO ORDERED.

12
13  Dated: 2/21/07

                         *Ronald M. Whyte*
14                           Hon. Ronald M. Whyte
                         UNITED STATES DISTRICT COURT

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT, AND INITIAL CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

Case Name:  *Joe Charvez v. County of Santa Clara*
United States District Court for the Northern District of California
Case No.: 06-cv-06126-PVT

I, Maggie Bedig, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**STIPULATION TO EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT AND INITIAL CASE MANAGEMENT CONFERENCE**

upon all parties addressed as follows:

Marcy Berkman, Esq.
Santa Clara County Counsel
70 W Hedding St. E Wing, 9th Floor
San Jose, CA 95110-1705
marcy.berkman@cco.sccgov.org

said service was effected as indicated below:

☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

☒ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on February 2, 2007 at Pleasant Hill, California.

_____
Maggie Bedig

1

PROOF OF SERVICE