Alison Berry Wilkinson (SBN 135890)
Harry S. Stern (SBN 176854)
Matthew George (SBN 239322)
**RAINS, LUCIA & WILKINSON LLP**
2300 Contra Costa Blvd., Suite 230
Pleasant Hill, CA 94523
Tel: (925) 609-1699
Fax: (925) 609-1690

William B. Aitchison (SBN 90642)
**AITCHISON & VICK, INC.**
3021 NE Broadway
Portland, OR 97232
Tel: (503) 282-6160
Fax: (503) 282-5877
Email: will@aitchisonvick.com

Attorneys for Plaintiff
JOE CHARVEZ

*E-FILED - 11/1/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE CHARVEZ** | Case Number: C06-06126-RMW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE** |
| v. | |
| **COUNTY OF SANTA CLARA** | |
| Defendant. | Complaint Filed: September 29, 2006<br>Trial Date: Not set |

///

///

///

///

1
**STIPULATION AND ORDER TO EXTEND MEDIATION DEADLINE**

1  THE PARTIES HEREBY STIPULATE:

2  On July 30, 2007, the Court appointed Charles S. Loughran as the mediator in this
3  matter. The parties scheduled a mediation for October 25, 2007. Subsequent to the scheduling
4  of that mediation, the Plaintiff's counsel became aware of their client's inability to attend the
5  scheduled mediation.

6  The parties hereby request a formal order extending the deadline for completion of
7  mediation to January 25, 2008.

8  Dated: 23 October 2007

    _____
    Alison Berry Wilkinson
9   Attorney for Joe Charvez

11 Dated: 25 October 2007

    _____
    Marcy Berkman
12  Attorney for County of Santa Clara

14 IT IS SO ORDERED:

16 Dated: 11/1/07

    Ronald M. Whyte
    _____
    Hon. Ronald M. Whyte
17  Judge of the District Court

## PROOF OF SERVICE

Case Name: *Joe Charvez v. County of Santa Clara*
United States District Court for the Northern District of California
Case No.: C-06-06126-RMW

I, Dwaine Jones, am a citizen of the United States, and am over 18 yeas of age. I am employed in Contra Costa County and am not a party to the above-entitled action. My business address is Rains, Lucia & Wilkinson LLP, 2300 Contra Costa Blvd., Suite 230, Pleasant Hill, California 94523. On the date set forth below I served a true and correct copy(ies) of the following document(s):

**STIPULATION AND ORDER TO EXTEND MEDIATION**

upon all parties addressed as follows:

Marcy Berkman, Esq.
Santa Clara County Counsel
70 W Hedding St. E Wing, 9th Floor
San Jose, CA 95110-1705
Facsimile: 408.292.7240
marcy.berkman@cco.sccgov.org

said service was effected as indicated below:

☐ HAND DELIVERY- I placed true and correct copies of the above-referenced document(s) in a sealed envelope, addressed to the above-named parties, and personally delivered them.

☐ MAIL – I placed true and correct copies of the above-referenced document(s) in a sealed envelope, properly addressed to the above-named parties, with postage prepaid in a receptacle regularly maintained by the United States Post Office.

☒ VIA ELECTRONIC MAIL: I attached a true and correct copy thereof in PDF format to an electronic mail message transmitted to the electronic mail address indicated above.

PROOF OF SERVICE

☐     FACSIMILE TRANSMISSION- I caused true and correct copies of the above-referenced document(s) to be delivered by electronic facsimile transmission

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and was executed on October 25, 2007 at Pleasant Hill, California.

_____
Dwaine Jones

PROOF OF SERVICE