1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant                                    *E-FILED - 12/10/08*
   COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

JOE CHARVEZ                    )   No.   06-CV-06126-RMW
                               )
    Plaintiff,                 )   **STIPULATION AND [] ORDER**
                               )   **TO VACATE FEBRUARY 13, 2009**
v.                             )   **HEARING DATE**
                               )
COUNTY OF SANTA CLARA,         )
                               )
    Defendants.                )
                               )

1.  WHEREAS the subject lawsuit alleges that two sheriff deputies – plaintiffs Charvez and Camarda – should be compensated for time spent donning and doffing uniforms and equipment;

2.  WHEREAS a hearing date of February 13, 2009 was set for anticipated hearings on cross-motions for summary judgment/summary, but no briefs have yet been filed;

3.  WHEREAS subsequent to the time that February 13, 2009 date was set, the Ninth Circuit Court took jurisdiction over the following donning and doffing cases: *Bamonte v. City of Mesa* [Case No. 08-16206] and *Maciel v. City of Los Angeles* [Case Nos. 08-555701, 08-55702 and 08-55958];

4.  WHEREAS the parties mutually agree that the donning and doffing cases presently pending before the Ninth Circuit are anticipated to be either wholly or partially dispositive of the lawsuit filed by Charvez and Camarda;

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and xxxxxxxx Order to Vacate
February 13, 2009 Hearing Date                    -1-                    06-CV-06126-RMW

5. WHEREAS briefing of the *Bamonte* appeal is scheduled to be completed in December 2008 and briefing in the *Maciel* appeal is scheduled to be completed in January 2008;

6. WHEREAS the parties concur that neither the interests of justice nor the interests of judicial economy would be served by briefing cross-motions for summary judgment/summary adjudication and having them heard prior to the time that the Ninth Circuit issues its rulings in *Bamonte* and *Maciel* and those rulings become final.

7. NOW THEREFORE the parties stipulate and agree to vacate the February 13, 2009, hearing date for cross-motions on summary judgment/summary adjudication.

Dated: December 8, 2008        By:      /S/
                                    ALLISON BERRY-WILKINSON

                                    Attorney for Plaintiff
                                    JOE CHARVEZ

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated:  December 8, 2008                        Respectfully submitted,

                                                ANN MILLER RAVEL
                                                County Counsel

                                         By:      /S/
                                                MARCY L. BERKMAN
                                                Deputy County Counsel

                                                Attorneys for Defendant
                                                COUNTY OF SANTA CLARA

## ORDER VACATING HEARING DATE

Good cause showing therefore, IT IS HEREBY ORDERED that the February 13, 2009 hearing date for cross-motions on summary judgment/summary adjudication is <u>vacated</u>. The Court sets a Case Management Conference for June 19, 2009 @ 10:30 am.

Dated: 12/10/08                                 *Ronald M. Whyte*
                                                HONORABLE RONALD M. WHYTE
                                                U.S. District Court Judge

157357.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and xxxxxxxxx Order to Vacate
February 13, 2009 Hearing Date                -2-                    06-CV-06126-RMW