1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA                    ***E-FILED - 6/17/09***
6

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                       (SAN JOSE)

10

11 JOE CHARVEZ,                   )  No. 06-CV-06126-RMW
                                  )
12         Plaintiff,              )  **JOINT CASE MANAGEMENT
                                  )  STATEMENT AND REQUEST TO VACATE
13 v.                             )  PRESENT CMC DATE AND CONTINUE
                                  )  CMC TO DECEMBER 18, 2009;
14 COUNTY OF SANTA CLARA,         )   ORDER**
                                  )
15         Defendant.              )
                                  )
16 _____

17         The parties to the above-entitled action jointly submit this Case Management Statement

18 and Proposed Order to update the Court on the status of this case.

19              **JOINT REQUEST TO VACATE PRESENT CMC DATE**

20         Since it is in the interests of judicial economy and substantial justice to await the Ninth

21 Circuit's impending rulings on various donning and doffing cases that are likely to be wholly or

22 partly dispositive of the instant action, the parties jointly propose that the Case Management

23 Conference ("CMC") presently scheduled for June 19, 2009,  be taken off calender and that a

24 CMC be set for December 18, 2009.

25 //

26 //

27 //

28 //

**UPDATED STATUS**

In October 2008, by stipulation and order, the Court vacated the previously set date for anticipated cross motions for summary judgment in light of the fact that the Ninth Circuit had taken jurisdiction over several donning and doffing cases that the parties anticipated would be either wholly or partially dispositive of the present lawsuit. On June 1, 2009, the Ninth Circuit heard oral argument in the first two of those donning and doffing cases: *Bamonte v. City of Mesa* and *Maciel v. City of Los Angeles*. The parties anticipate that the Ninth Circuit is likely to issue its rulings in *Bamonte* and *Maciel* by December 1, 2009. Additionally, the Ninth Circuit has taken jurisdiction over another donning and doffing case, which case is also likely to be dispositive of the instant action either in whole or in part – *Dager v. City of Phoenix*. *Dager v. City of Phoenix* is presently midway through the briefing process.

**BRIEF DESCRIPTION OF THE INSTANT ACTION**

The instant action is a donning and doffing case that arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. section 210 *et seq*. It was filed as a collective action under the FLSA, 29 U.S.C. § 216(b). It involves claims for overtime compensation by Plaintiffs Chavez and Camarda, two deputy sheriffs assigned as bailiffs who contend that Defendant County of Santa Clara (the "County") failed to compensate them for time spent donning and doffing their uniforms and gear. The County contends that its pay practices are in compliance with the FLSA and the MOU between the County and the Deputy Sheriffs Association of Santa Clara County. Defendant County contends that, *inter alia*, such activities are excluded from the ambit of the FLSA by 29 U.S.C. § 204(o), that they are legally *de minimis*, that they do not

/ /
/ /
/ /
/ /
/ /
/ /
/ /

1  exceed the straight time limitations of the FLSA, and that they are within the exclusions created
2  by the Portal to Portal Act, 29 U.S.C. § 251 *et seq*.
3  Dated: June 4, 2009                                             BERRY WILKINSON LAW GROUP

4                                                                  By:         /S/
                                                                    ALISON BERRY WILKINSON
5                                                                   Attorneys for Plaintiff

6   I hereby attest that I have on file the holograph signature for the signature indicated by a
7  "conformed" signature (/S/) within this e-filed document.

8  Dated: June 4, 2009                                             Respectfully submitted,

9                                                                  ANN MILLER RAVEL
                                                                    County Counsel
10
                                                                    By:         /S/
11                                                                  MARCY L. BERKMAN
                                                                    Deputy County Counsel
12
                                                                    Attorneys for Defendant
13                                                                  COUNTY OF SANTA CLARA

14                              **CASE MANAGEMENT ORDER**

15  The Case Management Statement and Proposed Order is hereby adopted by the
16  Court as the Case Management Order for the case.  The CMC presently scheduled for
17  June 19, 2009 is vacated and a Case Management Conference is set for **December 18,**
18  **2009 at 10:30 a.m.**

19  Dated: June 17, 2009

20                                                                  *Ronald M. Whyte*
                                                                    THE HONORABLE RONALD M. WHYTE
21                                                                  United States District Court Judge

22
23
24
25
    187996.wpd
26
27
28