MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

*E-FILED - 10/20/09*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

JOE CHARVEZ,

    Plaintiff,

v.

COUNTY OF SANTA CLARA,

    Defendant.

No. 06-CV-06126-RMW

**STIPULATION AND [XXXXXXX] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM DECEMBER 18, 2009 TO JANUARY 22, 2010**

1. The Case Management Conference ("CMC") was previously set for December 18, 2009 while the parties await the Ninth Circuit's impending donning and doffing rulings, which rulings are likely to be wholly or partly dispositive of the instant action. The parties continue to await guidance from the Ninth Circuit.

2. A calendaring conflict has subsequently arisen in that Defense Counsel will be out of the Country on December 18, 2009.

3. The parties, through their respective counsel of record, hereby stipulate to continue the CMC from the present date of December 18, 2009, to January 22, 2010.

Dated: October 5, 2009          BERRY WILKINSON LAW GROUP

By: _____/S/_____
ALISON BERRY WILKINSON
Attorneys for Plaintiff

1 | I hereby attest that I have on file the holograph signature for the signature
2 | indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: October 14, 2009

Respectfully submitted,

MIGUEL MÁRQUEZ
Acting County Counsel

By:       /S/
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

## **ORDER**

The Case Management Conference presently scheduled for December 18, 2009 is vacated and a Case Management Conference is set for **January 22, 2010 at 10:30 a.m.**

Dated: October 20, 2009

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

212531.wpd