| | |
|---|---|
| 1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621) |
| | MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770 |
| | Telephone:  (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |

Attorneys for Defendant                                        *E-FILED - 10/20/09*
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | | |
|---|---|---|
| JOE CHARVEZ, | ) | No. 06-CV-06126-RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [XXXXXXX] |
| | ) | ORDER CONTINUING CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| | ) | FROM DECEMBER 18, 2009 TO |
| COUNTY OF SANTA CLARA, | ) | JANUARY 22, 2010 |
| | ) | |
| Defendant. | ) | |
| | ) | |

1. The Case Management Conference ("CMC") was previously set for December 18, 2009 while the parties await the Ninth Circuit's impending donning and doffing rulings, which rulings are likely to be wholly or partly dispositive of the instant action. The parties continue to await guidance from the Ninth Circuit.

2. A calendaring conflict has subsequently arisen in that Defense Counsel will be out of the Country on December 18, 2009.

3. The parties, through their respective counsel of record, hereby stipulate to continue the CMC from the present date of December 18, 2009, to January 22, 2010.

Dated: October 5, 2009                                         BERRY WILKINSON LAW GROUP


                                                                By:_____/S/_____
                                                                  ALISON BERRY WILKINSON
                                                                  Attorneys for Plaintiff

1  I hereby attest that I have on file the holograph signature for the signature
2  indicated by a "conformed" signature (/S/) within this e-filed document.

3  Dated: October 14, 2009             Respectfully submitted,

4                                       MIGUEL MÁRQUEZ
                                        Acting County Counsel
5
                                    By:          /S/
6                                       MARCY L. BERKMAN
                                        Deputy County Counsel
7
                                        Attorneys for Defendant
8                                       COUNTY OF SANTA CLARA

9

10                              **ORDER**

11  The Case Management Conference presently scheduled for December 18, 2009

12  is vacated and a Case Management Conference is set for **January 22, 2010 at 10:30 a.m.**

13

14

15  Dated: October 20, 2009         _____
                                    THE HONORABLE RONALD M. WHYTE
16                                  United States District Court Judge

17
18
19
20
21
22
23
24
    212531.wpd
25
26
27
28