MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

*E-FILED - 1/20/10*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE)

| | |
|---|---|
| JOE CHARVEZ,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>  Defendant. | No. 06-CV-06126-RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING  CASE<br>MANAGEMENT CONFERENCE<br>FROM JANUARY 22, 2010 TO JUNE<br>18, 2010** |

1. The Case Management Conference ("CMC") was previously set for January 22, 2010 while the parties await the Ninth Circuit's impending donning and doffing rulings, which rulings are likely to be wholly or partly dispositive of the instant action.

2. The parties continue to await guidance from the Ninth Circuit. At least four donning and doffing cases are presently pending before the Ninth Circuit.  The first of those donning and doffing cases has already been heard; however, the Ninth Circuit has not yet issued its decision.  The remaining donning and doffing cases presently pending before the Ninth Circuit have not yet been called to oral argument.

3.   The parties, through their respective  counsel of record, hereby stipulate to continue the CMC from the present date of January 22, 2010 to June 18, 2010 while they

///

///

continue to await the Ninth Circuit's decisions in these pending donning and doffing cases.

Dated: January 14, 2010    BERRY WILKINSON LAW GROUP

By: _____/S/_____
ALISON BERRY WILKINSON
Attorneys for Plaintiff

I hereby attest that I have on file the holograph signature for the signature indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: January 14, 2010    Respectfully submitted,

MIGUEL MÁRQUEZ
Acting County Counsel

By: _____/S/_____
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

## **ORDER**

The Case Management Conference presently scheduled for January 22, 2010 is vacated and a Case Management Conference is set for **June 18, 2010 at 10:30 a.m.**

Dated: 1/20/10

*Ronald M. Whyte*
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

231998.wpd