1 | MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
2 | MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
3 | 70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
4 | Facsimile:  (408) 292-7240

5 | Attorneys for Defendant
COUNTY OF SANTA CLARA                    *E-FILED - 1/20/10*
6

7

8 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
9 | (SAN JOSE)

10

11 | JOE CHARVEZ,                    )    No. 06-CV-06126-RMW
                                 )
12 |        Plaintiff,             )    **STIPULATION AND []**
                                 )    **ORDER CONTINUING  CASE**
13 | v.                              )    **MANAGEMENT CONFERENCE**
                                 )    **FROM JANUARY 22, 2010 TO JUNE**
14 | COUNTY OF SANTA CLARA,          )    **18, 2010**
                                 )
15 |        Defendant.             )
                                 )
16 | _____)

17 |        1.  The  Case Management Conference ("CMC") was previously set for January

18 | 22, 2010 while the parties await the Ninth Circuit's impending donning and doffing

19 | rulings, which rulings are likely to be wholly or partly dispositive of the instant action.

20 |        2.  The parties continue to await guidance from the Ninth Circuit. At least four

21 | donning and doffing cases are presently pending before the Ninth Circuit.  The first of

22 | those donning and doffing cases has already been heard; however, the Ninth Circuit has

23 | not yet issued its decision.  The remaining donning and doffing cases presently pending

24 | before the Ninth Circuit have not yet been called to oral argument.

25 |        3.   The parties, through their respective  counsel of record, hereby stipulate to

26 | continue the CMC from the present date of January 22, 2010 to June 18, 2010 while they

27 | / / /

28 | / / /

1  continue to await the Ninth Circuit's decisions in these pending donning and doffing

2  cases.

3  Dated: January 14, 2010                    BERRY WILKINSON LAW GROUP

4

5                                        By:_____/S/_____

6                                             ALISON BERRY WILKINSON
                                             Attorneys for Plaintiff

7        I hereby attest that I have on file the holograph signature for the signature

8  indicated by a "conformed" signature (/S/) within this e-filed document.

9

10 Dated: January 14, 2010                    Respectfully submitted,

11                                             MIGUEL MÁRQUEZ
                                             Acting County Counsel

12                                        By:_____/S/_____

13                                             MARCY L. BERKMAN
                                             Deputy County Counsel

14                                             Attorneys for Defendant

15                                             COUNTY OF SANTA CLARA

16

17                              **ORDER**

18        The Case Management Conference presently scheduled for January 22, 2010

19  is vacated and a Case Management Conference is set for **June 18, 2010 at 10:30 a.m.**

20

21  Dated:  1/20/10

22                                             THE HONORABLE RONALD M. WHYTE
                                             United States District Court Judge

23

24

25

26

27

28  231998.wpd