Alison Berry Wilkinson (SBN 135890)
**BERRY | WILKINSON | LAW GROUP**
4040 Civic Center Drive, Suite 200
Tel: (415) 259-6638
Fax: (415) 259-6638
Email: alison@berrywilkinson.com

*E-FILED - 8/25/10*

Attorneys for Plaintiff
JOE CHARVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE CHARVEZ**, <br><br> Plaintiff, <br><br> v. <br><br> **COUNTY OF SANTA CLARA** <br><br> Defendant. | Case Number: 06-cv-06126-RMW <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(2) AND ORDER** |

In light of the recent Ninth Circuit decisions in *Bamonte v. Mesa*, 598 F.3d 1217 (9th Cir. 2010); and *Dager v. City of Phoenix*, 2010 WL 2170992 (9th Cir. 2010), IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned matter is voluntarily dismissed, with prejudice, against the Defendant County of Santa Clara pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), with each party bearing its own attorneys fees and costs.

Dated: 21 July 2010

Respectfully submitted,

Berry | Wilkinson | Law Group

/s/
_____
By: Alison Berry Wilkinson
Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: 21 July 2010 | Respectfully submitted, |
| 2 | | MIGUEL MARQUEZ |
| 3 | | County Counsel |
| 4 | | /s/ |
| 5 | | By: MARCY L. BERKMAN |
| 6 | |     Deputy County Counsel |
| 7 | | Attorneys for Defendant |
|   | | COUNTY OF SANTA CLARA |

8
9  IT IS SO ORDERED.

10  Dated:  8/25/10

*(signature: Ronald M. Whyte)*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

*Joe Charvez v. County of Santa Clara*
**STIPULATION FOR VOLUNTARY DISMISSAL**